JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVA JEWELRY LTD.,<br><br>        Plaintiff,<br><br>    vs.<br><br>AMERICAN EXPRESS, INC., a California corporation, and DOES 1-100, inclusive,<br><br>        Defendants. | Case No.  CV 09-9084 RGK (RZx)<br><br>[~~PROPOSED~~] **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>[F.R.C.P. 41(a)]<br><br>[Filed Concurrently with Stipulation for Dismissal] |

    Based upon the stipulation of the parties and for good cause shown,

////

////

////

////

1

ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE

1   **IT IS HEREBY ORDERED** that this action, Case No. CV 09-9084 RGK
2   (RZx), is dismissed in its entirety as to all defendants, with prejudice.
3   **IT IS HEREBY FURTHER ORDERED** that each party shall bear its own
4   attorneys' fees and costs in this matter.

6   DATED: January 15, 2010

           *[signature: Gary Klausner]*
           HON. R. GARY KLAUSNER
           United States District JUDGE

PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017